UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| MARY JOE BUNDY EVERAGE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:18-CV-119-REW |
| | ) | |
| v. | ) | |
| | ) | |
| ABC TELEVISION NETWORK, INC., ET AL., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** Plaintiff Mary Joe Bundy Everage's Complaint (DE #1), with prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 29th day of November, 2018.



Signed By:
*Robert E. Wier*
**United States District Judge**